# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 2:98-cr-00402-LDG |
| v. | **ORDER** |
| JOSEPH D. CLEMENTS, | |
| Defendant. | |

For good cause shown,

THE COURT **ORDERS** that Defendant Joseph D. Clements' Motion Pursuant to 18 U.S.C. §3582(c) for Modification of Term of Imprisonment (#167) is DENIED.

DATED this 16 day of February, 2012.

_____
Lloyd D. George
United States District Judge